## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEANNE BELMAN, Special Administrator of the Estate of Marcella Goedeke, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No.    14-cv-496 JPG/PMF |
| v. | ) ) ) | |
| CSX TRANSPORTATION, INC., | ) ) | |
| Defendant. | ) | |

### <u>MEMORANDUM AND ORDER</u>

This matter comes before the Court on the stipulation of dismissal (doc. 10).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, the parties have presented a stipulation of dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: December 22, 2014

*s/ J. Phil Gilbert*_____
UNITED STATES DISTRICT JUDGE